Parthenia A. Baker, Appellant, vs. James F. Tucker and Virginia H. Tucker, his wife, Appellees.

Appeal from Circuit Court Hernando county.

*J. C. Davant,* for Appellant.

*W. S. Jennings,* for Appellees.

The bill in this cause was filed by the appellees

against the appellant. There was decree for the complainants, and the defendant appeals.

Appeal dismissed on motion of counsel for appellees.

Petition for rehearing denied September 20, 1898.